UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **PATTI MARINE ENTERPRISES, INC.** | CIVIL ACTION NO. |
| **VERSUS** | SECTION " " |
| **MORAN TOWING CORPORATION** | DIVISION (   ) |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Patti Marine Enterprises, Inc., and for its complaint against Moran Towing Corporation, alleges with respect as follows:

1.

Plaintiff, Patti Marine Enterprises, Inc. ("PME"), is a corporation organized and existing under the laws of Florida. PME entered into a contract with the defendant to construct a towing vessel for the defendant at PME's Pensacola shipyard.

2.

Defendant, Moran Towing Corporation ("MTC"), is, on information and belief, a corporation organized and existing under the laws of Connecticut, which maintains its principal place of business in New Canaan, Connecticut.

3.

Jurisdiction exists under 28 U.S.C. §1332, as plaintiff and defendant are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.

Venue is proper in this Court, as the shipbuilding contract was performed in Pensacola and as the parties have contractually stipulated for all disputes arising under the contract to be resolved in this Court.

5.

On or about September 16, 2013, PME and MTC entered into a shipbuilding contract under which PME would construct a towing vessel for MTC in return for an agreed price.

6.

PME constructed the towing vessel in accordance with the contract between the parties. The towing vessel, named the MARIYA MORAN was delivered to MTC on June 26, 2015. MTC accepted the vessel at that time as being constructed in all respects in accordance with the detailed specifications provided as part of the contract, as was confirmed through multiple sea trials and expert inspections.

MTC, however, has not fully paid PME for the vessel. Specifically, MTC has failed to pay the sum of $510,000, which was properly invoiced by PME in accordance with the pricing terms of the contract, as adjusted to account for change orders requested by MTC.

8.

In failing to pay the full amount due to PME, MTC has breached the contract. MTC is liable to PME for the full sum of $510,000, reflecting the unpaid balance due under the shipbuilding contract, together with interest and all costs of these proceedings.

9.

PME requests a trial by jury.

WHEREFORE, the premises considered, PME respectfully prays that:

1.  This Complaint be served upon Moran Towing Corporation, together with a summons, directing that it answer the allegations made herein;

2.  That, after due proceedings, judgment be entered in favor of PME and against MTC in the full amount of PME's proven damages, together with attorneys' fees, interest and costs; and

3.  That PME be afforded such other and further relief as it may be entitled to receive in law or equity.

Dated this the 1st day of July, 2015.

        Respectfully submitted,

        */s/David L. McGee*
        David L. McGee (FL BAR No. 220000)
        BEGGS & LANE, RLLP
        501 Commendencia Street
        Pensacola, FL 32502
        Main: (850) 432-2451
        Fax: (850) 469-3331
        Attorneys for Patti Marine Enterprises, Inc.

        and

        ALFRED J. RUFTY, III (#19990)
        RUFUS C. HARRIS, III (#6638)
        CINDY GALPIN MARTIN (#25159)
        JILL S. WILLHOFT (#28990)
        HARRIS & RUFTY, L.L.C.
        650 Poydras Street, Suite 2710
        New Orleans, Louisiana 70130
        Telephone:   (504) 525-7500
        Telefax: (504) 525-7222
        Attorneys for Patti Marine Enterprises, Inc.

PLEASE SERVE:

Moran Towing Corporation,
Through their Agent for Service of Process,
CT Corporation System
One Corporate Center
Hartford, CT 06103-3220