UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATTI MARINE ENTERPRISES, INC.,

    Plaintiff/Counter Defendant,        CASE NO: 3:15-CV-00293-RV-CJK

vs.

MORAN TOWING CORPORATION,

    Defendant/Counter Claimant.
_____/

**PLAINTIFF PATTI MARINE ENTERPRISES'**
**NOTICE OF FILING PROPOSED VERDICT FORM**

    The plaintiff, Patti Marine Enterprises, Inc., through undersigned counsel, gives notice of filing Plaintiff's Proposed Verdict Form.

        Respectfully submitted,

        */s/Alfred J. Rufty III*
        ALFRED J. RUFTY, III (La. #19990)
        *Admitted Pro Hac Vice in Florida*
        RUFUS C. HARRIS, III (#6638)
        CINDY GALPIN MARTIN (#25159)
        HARRIS & RUFTY, L.L.C.
        650 Poydras Street, Suite 2710
        New Orleans, Louisiana 70130
        Telephone:  (504) 525-7500
        Facsimile:   (504) 525-7222
        Attorneys for Patti Marine Enterprises, Inc.

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 23nd day of November, 2016 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

             */s/ Alfred J. Rufty III*
             Alfred J. Rufty III