**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

PATTI MARINE ENTERPRISES, INC.,

    Plaintiff/Counter Defendant,        CASE NO: 3:15-CV-00293-RV-CJK

vs.

MORAN TOWING CORPORATION,

    Defendant/Counter Claimant.
_____/

## **VERDICT**

We, the jury, return the following verdict:

1. How much of the $653,152 for change-order work as discussed between representatives of the parties at their 03 June 2015 meeting is Patti Marine Enterprises entitled to be paid by Moran?

   $_____

2. How much of the $671,752 in additional amounts for change-order work as claimed by Patti Marine Enterprises is it entitled to be paid by Moran?

   $_____

3. How many of the seventy (70) days of extension to the delivery date of the vessel claimed by Patti Marine Enterprises for performing change-order work requested by Moran should be granted?

   _____ days

4. How many of the fifty-two (52) days of extension to the delivery date of the vessel claimed by Patti Marine Enterprises due to events beyond their control should be granted?

_____ days

**SO SAY WE ALL** this _____ day of _____, 2017.

_____
Foreperson