**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

PATTI MARINE ENTERPRISES, INC.,

       Plaintiff/Counter Defendant,       CASE NO: 3:15-CV-00293-RV-CJK

vs.

MORAN TOWING CORPORATION,

       Defendant/Counter Claimant.

_____/

## DEFENDANT'S NOTICE OF PROPOSED VOIR DIRE

Counsel for Defendant, Moran Towing Corporation, gives notice of proposed voir dire questions for the venire panel:

1.     Has anyone ever broken a contract with you without good reason?

2.     Have you ever been a party to a contract where you believed the contract was unfair to you?

3.     Have you ever had additional work added to a contract without being allowed to extend the deadline?

4.     Have you ever worked as a contractor?

     4.a.   As a contractor, have you ever not been paid what you believed you were owed for a job?

4.b.    As a contractor, did you ever experience significant delays in finishing a job where it was not your fault or outside your control?

5.    Have you or someone close to you felt mistreated, misled, cheated, taken advantage of, or harmed in a business deal or financial transaction?

6.    Have you or someone close to you felt as though they lost a business opportunity because of another person or another company's behavior/conduct?

7.    Do you frequently experience additional work being added to your work projects but get denied when you request an extended deadline?

8.    Have you ever had an experience where someone else caused you to miss a deadline, but you were blamed for the delay?

9.    Have you ever been a plaintiff in a lawsuit?

10.    Have you ever seriously considered filing a lawsuit but didn't?

11.    Does anyone here work in, or have family or close friends who work in the seafood industry?

12.    Does anyone here work in, or have family or close friends who work in the boat/shipbuilding industry?

13.     Does anyone here work in the skilled trades (e.g., carpenter, mason, welder, pipefitter)?

14.     Does anyone here work in, or have family or close friends who work for Patti businesses?

15.     Does anyone here know the Patti family personally?

16.     Raise your hand if you have a strong positive opinion of the Patti family.

17.     How many of you regularly shop at Joe Patti's Seafood?

18.     Do you have favorable opinions of Joe Patti's Seafood to where you would start out this case leaning in favor of Mr. Patti?

19.     Raise your hand if you have negative opinions of large companies.


RESPECTFULLY SUBMITTED this 16th day of March, 2017.

>              _/s/James L. D'Andrea_____
>              C. Ryan Eslinger, B.C.S.
>              Florida Bar No. 0634859
>              reslinger@miltonleach.com
>              James L. D'Andrea
>              Florida Bar No. 932401
>              jdandrea@miltonleach.com
>              MILTON, LEACH, WHITMAN,
>               D'ANDREA & ESLINGER, P.A.
>              3127 Atlantic Boulevard
>              Jacksonville, Florida  32207
>              Telephone: (904) 346-3800
>              Facsimile:   (904) 346-3692
>              *Attorneys for Defendant Moran Towing*
>              *Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2017 I uploaded the foregoing to the Clerk of the United States District Court for filing via the CM/ECF system, and that a true and correct copy of the foregoing has been furnished via electronic service to all CM/ECF system participants.

_/s/James L. D'Andrea_____
Attorney